IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT HEMBREE,

      Plaintiff,

v.                                                             CV No. 20-343 GJF/CG

3-D OIL FIELD SERVICES &
RENTAL, L.L.C.,

      Defendant.

## ORDER QUASHING ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on Plaintiff's *Response to Order to Show Cause* (the "Response"), (Doc. 8), filed August 10, 2020. In the Response, Plaintiff explains he made service on the New Mexico Secretary of State on July 13, 2020. (Doc. 8 at 1). Defendant then filed its Answer on August 4, 2020. (Doc. 5). The Court, having reviewed the Response and the procedural posture of this case, finds the Response is well-taken and the Court's *Order to Show Cause*, (Doc. 4), is hereby **QUASHED**.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE