IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT HEMBREE,

    Plaintiff,

v.                                                        No. CV 20-343 RB/CG

3-D OIL FIELD SERVICES & RENTAL, L.L.C.,

    Defendant.

**ORDER ADOPTING JOINT STATUS REPORT
AND PROVISIONAL DISCOVERY PLAN**

**THIS MATTER** is before the Court on the Rule 16 Initial Scheduling Conference and the parties' *Amended Joint Status Report and Provisional Discovery Plan*, (Doc. 15), filed September 10, 2020. The Court adopts the *Amended Joint Status Report and Provisional Discovery Plan* as modified by the dates designated in the Court's *Scheduling Order*, (Doc. 17).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE