### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

ROBERT HEMBREE, individually and on behalf
of all others similarly situated,

      Plaintiff,

v.                                                                                                     No. CV 20-343 RB/CG

3-D OIL FIELD SERVICES & RENTAL, L.L.C.,

      Defendant.

### ORDER RESETTING SECOND INITIAL SCHEDULING CONFERENCE

**THIS MATTER** is before the Court on the parties' *Joint Motion to Reschedule Scheduling Conference* (the "Motion"), (Doc. 29), filed February 3, 2021. In the Motion, the parties indicate Defendant's lead counsel is unavailable on the date for which the Court previously scheduled the second Rule 16 initial scheduling conference. *Id.* at 1. Thus, the parties request that the Court reschedule the matter "for February 23 or 24, or on March 4 or 5, 2021." *Id.* The Court, having reviewed the Motion and noting it is filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Rule 16 initial scheduling conference previously scheduled for Tuesday, February 9, 2021, at 2:00 p.m., (Doc. 22), is reset and will be conducted by telephone on **Tuesday, February 23, 2021, at 2:30 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE