### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

ROBERT HEMBREE, individually and on behalf
of all others similarly situated,

      Plaintiff,

v.                                                    No. CV 20-343 RB/CG

3-D OIL FIELD SERVICES & RENTAL, L.L.C.,

      Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon communication with counsel. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Tuesday, June 22, 2021, at 1:30 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

      **IT IS SO ORDERED**.

                                                  _____
                                                  THE HONORABLE CARMEN E. GARZA
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE