**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ROBERT HEMBREE, individually and on behalf
of all others similarly situated,

      Plaintiff,

v.                                                     No. CV 20-343 RB/CG

3-D OIL FIELD SERVICES & RENTAL, L.L.C.,

      Defendant.

**ORDER FOR CLOSING DOCUMENTS AND
VACATING TELEPHONIC STATUS CONFERENCE**

**THIS MATTER** is before the Court upon notice from counsel that the parties have agreed to a settlement in principle of this case. **IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **July 16, 2021**.

**IT IS FURTHER ORDERED** that the telephonic status conference scheduled for **June 22, 2021, at 1:30 p.m.** is **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE