IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ROBERT HEMBREE, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>3-D OIL FIELD SERVICES & RENTAL, L.L.C.,<br><br>    *Defendant*. | **Civil Action No. 2:20-cv-00343- RB-CG** |

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Stipulation of Dismissal with Prejudice. (Doc. 44.) Having carefully reviewed and considered the Stipulation, the Court is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that the Stipulation of Dismissal with Prejudice is GRANTED. All claims asserted in this lawsuit by Plaintiff Robert Hembree and opt-in Plaintiffs Micah Alaniz, Sage Griffin, Jason McLain, Robert O'Banion, Allen Hughes, and Broderick Storms are hereby dismissed with prejudice to the re-filing of same. Each party shall bear his or its own attorneys' fees and costs.

It is so ORDERED.

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE